UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ashley Marie Zisz, Debtor(s).

Case No.: 19-26643-JKS
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court, DNJ
PO Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on _____11/26/19_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Real property located at 34 Glen Avenue, Fairfield, NJ. Fair Market Value: $260,000.00

Liens on property: Subject to mortgage held M&T Bank (Lakeview Loan Servicing, LLC) in the approximate amount of $266,721.38.

Amount of equity claimed as exempt: None

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Ashley Marie Zisa  
    Debtor

Case No. 19-26643-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Oct 30, 2019  
Form ID: pdf905    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.

```
db              +Ashley Marie Zisa,    6 Apollo Way,    Flanders, NJ 07836-9320
518433583       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518433584       +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518433585       +Garden State Endodontics, PC,    585 Bloomfield Ave., Ste. 4A,    Caldwell, NJ 07006-7558
518433586       +Heyman & Fletcher,    1201 Sussex Turnpike,    PO Box 518,    Mount Freedom, NJ 07970-0518
518433587       +KML Law Group,    216 Haddon Ave., Ste. 406,    Collingswood, NJ 08108-2812
518433589       +Mathias R. Hagovsky, Ph. D.,    22 Old Short Hills Rd., Ste. 216,    Livingston, NJ 07039-5605
518433590       +Nissan Motor Acceptance Corp/Infiniti,    Attn: Bankruptcy,    Po Box 660360,
                  Dallas, TX 75266-0360
518433591       +Nissan Motors Acceptance,    PO Box 660360,    Dallas, TX 75266-0360
518433592       +Peter Liska, Esq,,    766 Shrewsbury Ave,    Eatontown, NJ 07724-3001
518433594       +Vivant Solar Developer, LLC,    20-B Roland Ave.,    Mount Laurel, NJ 08054-1061
518433595       +William Zisa,    34 Glen Ave.,    Fairfield, NJ 07004-2633
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2019 23:56:52    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2019 23:56:49    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518433588        E-mail/Text: camanagement@mtb.com Oct 30 2019 23:56:24    M & T Bank,    Attn: Bankruptcy,
                  Po Box 844,    Buffalo, NY 14240
518433593       +E-mail/Text: office@ubtfcu.org Oct 30 2019 23:56:46    Union Bldg Trades Fcu,    Po Box 6270,
                  Parsippany, NJ 07054-7270
                                                                                              TOTAL: 4
```

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:

      Barbara Edwards    on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com, NJ48@ecfcbis.com  
      Barbara Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com  
      Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Rebecca Ann Solarz    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC rsolarz@kmllawgroup.com  
      Scott M. Itzkowitz    on behalf of Debtor Ashley Marie Zisa scottitzkowitz@aol.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                              TOTAL: 6